IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM VICTOR,<br>    Plaintiff | :<br>:<br>:   CIVIL NO. 3:12-cv-00282 |
| v. | :<br>:   (JUDGE NEALON) |
| CORRECTIONS OFFICER HUBBARD,<br>et al.,<br>    Defendants | :   (MAGISTRATE JUDGE CARLSON)<br>:<br>: |

## ORDER

NOW, THIS 14TH DAY OF MAY, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 12) is **ADOPTED**;

2. Plaintiff's motions for injunction relief (Doc. 10 & 13) are **DENIED without prejudice**;

3. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

*/s/ William J. Nealon*
United States District Judge

**FILED**
**SCRANTON**

MAY 14 2012

PER _____
DEPUTY CLERK