IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM VICTOR, :
      Plaintiff :
       : CIVIL NO. 3:12-cv-00282
v. :
       : (JUDGE NEALON)
CORRECTIONS OFFICER HUBBARD, : (MAGISTRATE JUDGE CARLSON)
et al., :
      Defendants :

## ORDER

NOW, THIS 14TH DAY OF MAY, 2012, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 12) is **ADOPTED**;

2. Plaintiff's motions for injunction relief (Doc. 10 & 13) are **DENIED without prejudice**;

3. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

                                        */s/ William J. Nealon*
                                        United States District Judge

FILED
SCRANTON
MAY 14 2012
PER _____
DEPUTY CLERK