IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM VICTOR,
    Plaintiff

v.

CORRECTIONS OFFICER HUBBARD, et al.,
    Defendants

CIVIL NO. 3:12-cv-00282

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, THIS 26th DAY OF FEBRUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 47) is **ADOPTED**;

2. Defendant's motion to dismiss (Doc. 38) is **GRANTED**;

3. Plaintiff's objections (Doc. 48) to the Report and Recommendation are **OVERRULED**;

4. Plaintiff's claims are **DISMISSED with prejudice**;

5. The Clerk of Court is directed to **CLOSE** this case; and

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**